RECEIVED
IN LAKE CHARLES, LA.

DEC 13 2016

TONY R. MOORE, CLERK
BY_____
                DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | DOCKET NO. 6:16 CR 00107-01 |
| VS. | : | JUDGE MINALDI |
| DOUGLAS BEER | : | MAGISTRATE JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to Magistrate Judge Carol Whitehurst for Report and Recommendation. The defendant waived his objections. The Court concludes that the Report and Recommendation of the Magistrate Judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

The guilty plea of the defendant, Douglas Beer, IS ACCEPTED in accordance with the terms of the plea agreement filed in the record of these proceedings. IT IS THEREFORE ORDERED Douglas Beer, is finally adjudicated guilty of the offense charged in Count One of the Indictment.

Lake Charles, Louisiana, this __5__ day of Dec, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE